

HUNTON & WILLIAMS LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL   202 • 955 • 1500
FAX   202 • 778 • 2201

RYAN P. PHAIR
DIRECT DIAL: 202 • 955 • 1921
EMAIL: rphair@hunton.com

May 19, 2017

**Via Electronic Mail and U.S. Mail**

James R. Scott, Esq.
John A. Genua, Esq.
1 West Street
Mineola, NY 11501

Re:   *Gonsalves v. Nassau County et. al*, 2:17-cv-944 (SJF) (ARL)

Dear Counsel,

    Attached please find service copies of Defendants L Brands, Inc., Bath & Body Works, LLC, Lake Success Bath & Body Works, and Tammy Richards' Notice of Motion to Dismiss the Nassau County Defendants' Cross-Claims and Memorandum of Law in Support of Motion to Dismiss the Nassau County Defendants' Cross-Claims.

    Please do not hesitate to contact me should you have any questions.

Sincerely,

*/s/ Ryan P. Phair*

Ryan P. Phair (admitted *pro hac vice*)
Torsten M. Kracht
HUNTON & WILLIAMS LLP
2200 Pennsylvania Ave NW
Washington, DC 20037
rphair@hunton.com

*Attorneys for Defendants L Brands, Inc.,
Bath & Body Works, LLC, Lake Success
Bath & Body Works, and Tammy
Richards*

Cory Morris
May 19, 2017
Page 2


cc:      Cory H. Morris, Esq.
*Attorney for Plaintiffs*

Defendant Mark Khelawan,
Through counsel Todd D. Greenberg, Esq.