# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   NOV 09 2017   ★

LONG ISLAND OFFICE

**DATE** November 9, 2017        **TIME**: 30 minutes

**CASE NUMBER:**    2:17-cv-00944-SJF-ARL

**CASE TITLE:**    Gonsalves et al v. Nassau County et al

**PLTFFS ATTY:**    __Corey Morris_____
　　　　　　　　　 _X_ present　　　　　___ not present

**DEFTS ATTY:**    __John Genva_____
　　　　　　　　　 _X_ present　　　　　___ not present

　　　　　　　　　 __Ryan Pher_____
　　　　　　　　　 _X_ present　　　　　___ not present

**COURT REPORTER:**___    **COURTROOM DEPUTY:** BRYAN MORABITO

**OTHER:**_____

_X_    CASE CALLED.

_    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** Outstanding discovery is respectfully referred to the assigned magistrate judge. All discovery shall be complete by 6/18/2018. Dispositive motions to be filed and served in accordance with Judge Feuerstein's individual rules by 9/18/2018.   An in person pretrial conference is scheduled before Judge Feuerstein on 12/18/2018 at 11:15 a.m.__