UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**     **DATE: 2/6/2018**
           United States Magistrate Judge

                                                                       **TIME: 2:00 p.m.**

**DOCKET NO: CV 17-944 (SJF)**

**CASE: Gonsalves v. County of Nassau, et al**

\_\_\_ **INITIAL CONFERENCE**

\_\_\_ **STATUS CONFERENCE**                 **BY TELEPHONE**\_\_\_

\_\_\_ **SETTLEMENT CONFERENCE**

\_\_\_ **FINAL CONFERENCE**

**\_X\_ DISCOVERY CONFERENCE**

        **APPEARANCES:**      **FOR PLAINTIFF:**      **FOR DEFENDANTS:**

                                   **Cory H. Morris**           **John Genua (County Defts)**

                                                                           **Ryan Phair**

                                                                           **(Bath & Body Works Defts)**

**The following rulings were made:**

      **The pending motions [60] and [61] are denied with leave to renew after the parties meet and confer.**

                                                **SO ORDERED:**
                                       _____/s/_____