UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MERVIN GONSALVES and NALINI MEDINA

        Plaintiffs,

- against -

NASSAU COUNTY, NASSAU COUNTY POLICE LIEUTENANT VINCENT E. POLERA in his individual and his official capacity, NASSAU COUNTY POLICE DETECTIVE JEFFREY P. RIOS (#1041) in his individual and official capacity, NASSAU COUNTY POLICE DETECTIVE SGT. SCALONE in his individual and official capacity, NASSAU COUNTY POLICE DETECTIVE CARL M. STRANGE in his official and individual capacity, NASSAU COUNTY POLICE OFFICERS JOHN AND JANE DOE # 1-10 in their official and individual capacities, BATH AND BODY WORKS, LLC, L BRAND CORPORATION, LAKE SUCCESS BATH AND BODY WORKS, LAKE SUCCESS BATH AND BODY WORKS EMPLOYEE TAMMY RICHARDS, and LAKE SUCCESS BATH AND BODY WORKS EMPLOYEE MARK KHELAWAN, LAKE SUCCESS BATH AND BODY WORKS EMPLOYEES JOHN AND JANE DOE # 1-10,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

2:17-CV-00944 (SJF)(ARL)

**NOTICE OF CHANGE OF FIRM AND EMAIL ADDRESSES OF COUNSEL FOR DEFENDANTS L BRANDS, INC., BATH & BODY WORKS, LLC, LAKE SUCCESS BATH & BODY WORKS, AND TAMMY RICHARDS**

      Please amend the Court's records to reflect the change of firm for counsel for Defendants L Brands, Inc., Bath & Body Works, LLC, Lake Success Bath & Body Works, and Tammy Richards as follows:

    **OLD FIRM:** Hunton & Williams LLP

    **NEW FIRM:** Hunton Andrews Kurth LLP

1

Please also amend the Court's records to reflect the change of email addresses for counsel for Defendants L Brands, Inc., Bath & Body Works, LLC, Lake Success Bath & Body Works, and Tammy Richards as follows:

| | |
|---|---|
| **OLD EMAIL ADDRESSES:** | rphair@hunton.com |
| | tkracht@hunton.com |
| **NEW EMAIL ADDRESSES:** | rphair@huntonAK.com |
| | tkracht@huntonAK.com |

Dated: April 11, 2018                     /s/ *Ryan P. Phair*

Ryan P. Phair (admitted *pro hac vice*)
Torsten M. Kracht
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@huntonAK.com
tkracht@huntonAK.com

*Attorneys for L Brands, Inc., Bath & Body Works, LLC, Lake Success Bath & Body Works, and Tammy Richards*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2018, I caused a true and correct copy of the **Notice of Change of Firm and Email Addresses of Counsel for Defendants L Brands, Inc., Bath & Body Works, LLC, Lake Success Bath & Body Works, and Tammy Richards** to be served via ECF on:

John A. Genua, Esq.
COUNTY OF NASSAU
One West Street
Mineola, NY 11501
*Attorney for Defendants Nassau County,*
*Vincent E. Polera, Jeffery P. Rios, Sgt. Scalone,*
*and Carl M. Strange*

Cory H. Morris, Esq.
THE LAW OFFICES OF CORY H. MORRIS
33 Walt Whitman Road, Suite 310
Dix Hills, NY 11746
*Attorney for Plaintiffs*

                                              */s/ Ryan P. Phair*
                                              Ryan P. Phair