UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MERVIN GONSALVES and NALINI MEDINA

           Plaintiffs,

           - against -

NASSAU COUNTY, NASSAU COUNTY POLICE
LIEUTENANT VINCENT E. POLERA in his
individual and his official capacity, NASSAU
COUNTY POLICE DETECTIVE JEFFREY P. RIOS
(#1041) in his individual and official capacity,
NASSAU COUNTY POLICE DETECTIVE SGT.
SCALONE in his individual and official capacity,
NASSAU COUNTY POLICE DETECTIVE CARL M.
STRANGE in his official and individual capacity,
NASSAU COUNTY POLICE OFFICERS JOHN AND
JANE DOE # 1-10 in their official and individual
capacities, BATH AND BODY WORKS, LLC, L
BRAND CORPORATION, LAKE SUCCESS BATH
AND BODY WORKS, LAKE SUCCESS BATH AND
BODY WORKS EMPLOYEE TAMMY RICHARDS,
and LAKE SUCCESS BATH AND BODY WORKS
EMPLOYEE MARK KHELAWAN, LAKE SUCCESS
BATH AND BODY WORKS EMPLOYEES JOHN
AND JANE DOE # 1-10,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

2:17-CV-00944 (SJF)(ARL)

**JOINT STIPULATION
OF DISMISSAL WITH
PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Nalini Medina and Mervin Gonsalves ("Plaintiffs") and Defendants L Brands, Inc., Bath & Body Works, LLC, Lake Success Bath & Body Works, Tammy Richards, Nassau County, Nassau County Police Lieutenant Vincent E. Polera, Nassau County Police Detective Jeffrey P. Rios, Nassau County Police Detective Sgt. Scalone, and Nassau County Police Detective Carl M. Strange, by and through undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims and crossclaims, and defenses asserted therein

be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also withdraw and terminate all pending motions submitted in this action.

Further, Plaintiffs hereby voluntarily dismiss this action as against Defendant Mark Khelawan, who has not appeared.

Dated: April 24, 2018

Cory H. Morris
THE LAW OFFICES OF CORY H. MORRIS
33 Walt Whitman Road
Suite 310
Dix Hills, NY 11746
(516) 410-2203
coryhmorris@gmail.com

*Attorney for Plaintiffs Mervin Gonsalves and Nalini Medina*

Ryan P. Phair (admitted *pro hac vice*)
Torsten M. Kracht
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@huntonAK.com
tkracht@huntonAK.com

*Attorneys for Defendants L Brands, Inc., Bath & Body Works, LLC, Lake Success Bath & Body Works, Tammy Richards*

John A. Genua
OFFICE OF THE NASSAU COUNTY
ATTORNEY
One West Street
Mineola, New York 11501
jgenua@nassaucounty.gov

*Attorney for Nassau County, Nassau County Police Lieutenant Vincent E. Polera, Nassau County Police Detective Jeffrey P. Rios, Nassau County Police Detective Sgt. Scalone, and Nassau County Police Detective Carl M. Strange*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 31st day of May, 2018, I caused a true and correct copy of the

**Joint Stipulation of Dismissal with Prejudice** to be served via ECF on:

John A. Genua, Esq.
COUNTY OF NASSAU
One West Street
Mineola, NY 11501
*Attorney for Defendants Nassau County,*
*Vincent E. Polera, Jeffery P. Rios, Sgt. Scalone,*
*and Carl M. Strange*

Cory H. Morris, Esq.
THE LAW OFFICES OF CORY H. MORRIS
33 Walt Whitman Road, Suite 310
Dix Hills, NY 11746
*Attorney for Plaintiffs*

*/s/ Ryan P. Phair*
Ryan P. Phair

3